# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **NIKIEAH BELL,** ) | |
| ) | **CIVIL ACTION NO.** |
| **Plaintiff,** ) | **1:25-cv-02860-VMC-JEM** |
| ) | |
| **v.** ) | **NOTICE OF SETTLEMENT** |
| ) | |
| **LEXISNEXIS RISK** ) | |
| **SOLUTIONS INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**COMES NOW**, Plaintiff Nikieah Bell and Defendant LexisNexis Risk Solutions Inc. by and through their undersigned counsel and respectfully notify the Court that the parties have settled their dispute in principle. Plaintiff's settlement with Defendant resolves Plaintiff's Claims. Once the settlement documents are finalized, the Parties intend to file a Stipulation of Dismissal.

Date: January 2, 2026

Respectfully submitted,

*/s/ Joseph L. Gentilcore*
Joseph L. Gentilcore, Esq.
*Admitted Pro Hac Vice*
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA  19103
(215) 735-8600
jgentilcore@consumerlawfirm.com
**Counsel for Plaintiff**

2

/s/ Derek Schwahn
Derek Schwahn
Georgia Bar No. 910299
Troutman Pepper Locke LLP
600 Peachtree Street NE, Suite 3000
Atlanta, Georgia 30308
Telephone: 404.885.3124
Facsimile: 404.885.3900
Email: derek.schwahn@troutman.com
**Counsel for Defendant**

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to LR 5.1B and 7.1D, that the foregoing complies with the font and point selections approved by the court in LR 5.1B.

> FRANCIS MAILMAN SOUMILAS, P.C.
>
> BY:    */s/ Joseph L. Gentilcore*
> Joseph L. Gentilcore, Esq.
> *Admitted Pro Hac Vice*
> FRANCIS MAILMAN SOUMILAS, P.C.
> 1600 Market Street, Suite 2510
> Philadelphia, PA  19103
> (215) 735-8600
> jgentilcore@consumerlawfirm.com
> ***Counsel for Plaintiff***

Date: January 2, 2026